ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY *Shy*                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY *Shy*                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EUGENE HILL, | Case No.  CV 12-08973 CJC (AN) |
|        Petitioner, | JUDGMENT |
|    v. | |
| DOMINGO URIBE, JR., et al., | |
|        Respondents. | |

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED:  November *21*, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE